UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-80694-CIV-SEITZ/SIMONTON

FLORIDA ATLANTIC UNIVERSITY RESEARCH
CORPORATION, *et al.*,

        Plaintiffs,

vs.

ACER, INC., *et al.*,

        Defendants.
_____/

## ORDER DISMISSING COUNT II

THIS MATTER is before the Court on Plaintiffs' Notice of Voluntary Dismissal Without Prejudice [DE-15], in which Plaintiffs dismiss Count II of the Amended Complaint. Upon consideration, it is hereby

ORDERED that Count II of the Amended Complaint is DISMISSED without prejudice.

DONE and ORDERED in Miami, Florida, this 9th day of November, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record