UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLORIDA ATLANTIC UNIVERSITY RESEARCH
CORPORATION, *et al.,*
    Plaintiffs,

vs.                                                                                                    CASE NO. 12-80694-CIV-SEITZ

ACER, INC., *et al.,*
    Defendants.
_____/

FLORIDA ATLANTIC UNIVERSITY
RESEARCH CORPORATION and
DOMAINE ASSOCIATES, LLC,
    Plaintiffs,

v.                                                                                                     Case No.:12-80697-CIV-SEITZ

ASUS COMPUTER INTERNATIONAL
and ASUSTEK COMPUTER, INC.,
    Defendants.
_____/

FLORIDA ATLANTIC UNIVERSITY
RESEARCH CORPORATION and
DOMAINE ASSOCIATES, LLC,
    Plaintiffs,

v.                                                                                                     Case No.:12-80701-CIV-SEITZ

TPV TECHNOLOGY LIMITED, *et al.,*
    Defendants.
_____/

## ORDER GRANTING IN PART MOTIONS TO CONSOLIDATE CASES

THIS MATTER is before the Court on the Plaintiffs' Motions to Consolidate Actions for Pretrial Purposes [DE-26 in Case No. 12-80694; DE-38 in Case No. 12-80697; DE-33 in Case No. 12-80701]. The Court heard argument of counsel on January 30, 2013. Upon consideration, it is

ORDERED that the Plaintiffs' Motions to Consolidate Actions for Pretrial Purposes [DE-

26 in Case No. 12-80694; DE-38 in Case No. 12-80697; DE-33 in Case No. 12-80701] is GRANTED in part and DENIED in part:

    1. The motion is granted for purposes of claims construction only. All documents relating to claims construction shall be filed in Case No. 12-80701.

    2. The motion is denied in all other respects with leave to refile after claims construction.

DONE and ORDERED in Miami, Florida, this 30th day of January, 2013.

                                          PATRICIA A. SEITZ
                                          UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record