## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLORIDA ATLANTIC UNIV. RESEARCH CORP. AND DOMAINE ASSOCIATES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ACER INC. AND ACER AMERICA CORP., <br><br> Defendants. | **CASE NO. 09-12-cv-80694** |
| v. <br><br> ASUS COMPUTER INTERNATIONAL, *et al.*, <br><br> Defendants. | **CASE NO. 09-12-cv-80697** |
| v. <br><br> TPV TECHNOLOGY LIMITED, *et al.*, <br><br> Defendants. | **CASE NO. 09-12-cv-80701** |

**DEFENDANTS' NOTICE OF FILING PUBLIC VERSIONS OF DEFENDANTS'
COMBINED MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND
NON-INFRINGEMENT AND FILINGS IN SUPPORT THEREOF**

Defendants TPV,[1] Acer,[2] and ASUS[3] (collectively, "Defendants") hereby provide notice of filing of public versions of the following documents:

1.   Defendants' Combined Motions for Summary Judgment of Invalidity and Non-Infringement

2.   Defendants' Statement of Material Facts in Support of Defendants' Motion for Summary Judgment

3.   Declaration of Dr. Clifford Reader in Support of Defendants' Motion for Summary Judgment of Invalidity and Non-Infringement

4.   Corrected Omnibus Declaration of Brian M. Berliner in Support of Defendants' Motion for Summary Judgment ("First Berliner Declaration")

All of the above documents were previously either filed under seal or had attachments that were filed under seal.  As detailed below, with the exception of two exhibits that should remain under seal, all of the above documents have been de-designated and are attached to this filing as a public documents in unredacted form.[4]

Pursuant to the Stipulated Protective Order (D.E. 69)[5] and the Court's Order Denying Defendants' Unopposed Motion to Seal (D.E. 226), (Defendants met and conferred with Plaintiffs concerning the propriety of Plaintiffs' confidentiality designations of its expert reports, deposition transcripts, and produced material.  Because Plaintiffs agreed to withdraw their confidentiality designations of all previously designated material cited by and included in Defendants' summary judgment briefing and supporting filings; and because Plaintiffs have now

---

[1] TPV Technology Limited, Top Victory International Limited, Top Victory Electronics (Fujian) Co., Ltd., Top Victory Electronics (Taiwan) Co., Ltd., TPV Electronics (Fujian) Co., Ltd., TPV International (USA), Inc., and Envision Peripherals, Inc.

[2] Acer Inc. and Acer America Corp.

[3] ASUS Computer Int'l, and ASUSTek Computer Inc.

[4] Any redactions that appear in the documents simply redacts the previously appearing confidentiality designation.

[5] Unless otherwise noted, "D.E." refers to Docket Entries in Case No. 09-12-cv-80701.

produced copies of those previously designated materials without confidentiality designations; Defendants are now able to publicly file the documents attached hereto.

In advance of the Court's hearing set for March 24, 2014 by the Order Denying Defendants' Unopposed Motion to Seal (D.E. 226), Defendants request that the following two exhibits to the First Berliner Declaration remain filed under seal:  (i) Exhibit B, the Initial Infringement Expert Report of  Brian von Herzen, Ph.D., dated February 3, 2014, and (ii) Exhibit AA, Plaintiffs' Disclosure of Asserted Claims and Second Supplemental Preliminary Infringement Contentions dated January 31, 2014.  Exhibits B and AA contain non-public and sensitive technical specifications of the Defendants and Defendants' suppliers, appropriately designated under paragraph 3.4 of the Stipulated Protective Order (D.E. 69).

Dated: March 24, 2014                                    Respectfully submitted,


  */s/ Robert D. W. Landon, III*                          /s/ *John A. Camp*
Harry Richard Schafer, Esq. (FBN 508667)     John A. Camp, Esq. (FBN 848115)
Robert D. W. Landon, III (FBN 961272)        CARLTON FIELDS JORDEN BURT, P.A.
Anna T. Neill (FBN 100945)                   100 SE 2 Street, Suite 4200
KENNY NACHWALTER, P.A.                        Miami, FL  33131
201 South Biscayne Boulevard                 Telephone: (305) 539-7228
Suite 1110 – Miami Center                    Facsimile: (305) 530-0055
Miami, FL 33131-4327                          Email: jcamp@cfjblaw.com
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: hrs@knpa.com                          Michael C. Ting (*admitted pro hac vice*)
Email: rlandon@knpa.com                      TECHKNOWLEDGE LAW GROUP LLP
Email: aneill@knpa.com                        1521 Diamond Street
                                             San Francisco, CA 94131
                                             Telephone: (408) 646-1131
Mark A. Samuels (*admitted pro hac vice*)     Email: mting@techknowledgelaw.com
Brian M. Berliner (*admitted pro hac vice*)
Vision L. Winter (*admitted pro hac vice*)
O'MELVENY & MYERS, LLP                        Kaiwen Tseng (*admitted pro hac vice)*
400 South Hope Street                        FREITAS TSENG & KAUFMAN, LLP
Los Angeles, CA 90071                        100 Marine Parkway, Suite 200
Telephone: (213) 430-6000                    Redwood City, CA 94065
Facsimile:  (213) 430-6407                   Telephone: (650) 730-5578
Email: msamuels@omm.com                       Facsimile: (650) 593-6301
Email: bberliner@omm.com                      Email: ktseng@ftklaw.com
Email: vwinter@omm.com
                                             *Attorneys for ACER Defendants*

*Attorneys for TPV Defendants*

  /s/ *Jennifer A. Kerr*
Jennifer A. Kerr, Esq. (FBN 149624)
CAMPBELL LAW FIRM PLLC
95 Merrick Way, Suite 514
Coral Gables, FL 33134
Telephone: (305) 444-6040
Facsimile:  (305) 444-6041
Email: jkerr@campbelllawfirm.net

Joshua M. Masur (*admitted pro hac vice*)
Turner Boyd LLP
702 Marshall St
Suite 640
Redwood City, CA 94063
Telephone: (650) 521-5930
Facsimile:  (650) 521-5931
Email: josh@turnerboyd.com

*Attorneys for ASUS Defendants*

## CONSENT OF SIGNATORIES

I certify the signatories hereto have consented to the electronic filing of this

document.

By:   */s/ John A. Camp*
John A. Camp

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system on

March 24, 2014, which serves counsel for all parties who are registered participants as identified

on the Notice of Electronic Filing (NEF).

By:   */s/ John A. Camp*
John A. Camp

29360882.1

5